IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KIVA HEALTH BRANDS LLC, a Nevada limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GOODVITAMIN FOODS PVT. LTD., an Indian corporation; DOES 1-20, INCLUSIVE,<br><br>　　　　　Defendants. | Civ. No. 21-00042 HG-RT |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (ECF No. 29), AS MODIFIED**

On January 20, 2023, the Magistrate Judge filed a Findings and Recommendation.  (ECF No. 29).  The Findings and Recommendation was served on Plaintiffs on January 20, 2023 and on Defendants by mail on March 7, 2023.  (See ECF No. 31).  No objections having been filed by any Party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation is adopted as the Opinion and Order of this Court, with the following modifications:

Page 3, Line 14, delete the parenthetical "(adopted by Court, 2022 WL 2392484 (July 1, 2022))";

Page 3, Line 21, replace "Holland Am. Line Inv." with "Holland Am. Line Inc.";

Page 4, Line 16, add a comma between "mark" and footnote 1,

delete the word "and" after footnote 1, and delete the comma after "taglines";

Page 5, Line 3, replace "ECF No. 25-2 at PageID.192" with "ECF No. 1-1 at PageID.71";

Page 5, Line 6, replace the period after "Photo" with a comma;

Page 12, Line 10, delete the comma after "Names";

Page 13, Line 14, change "deceptive trade acts" to "deceptive acts";

Page 13, Line 15, change "defendant's conduct are likely" to "defendant's conduct is likely";

Page 14, Line 7, delete the comma after "2020";

Page 14, Line 15, replace "*Pepsico, Inc.*, 238 F. Supp. 2d at 1176" with "*PepsiCo, Inc. v. Cal. Sec. Cans*, 238 F. Supp. 2d 1172, 1176 (C.D. Cal. 2002)."

## **CONCLUSION**

The Magistrate Judge's Findings and Recommendation (ECF No. 29) is adopted as the Order of this Court, with the modifications listed above.

Plaintiff states that it is not yet able to ascertain the full extent of the monetary damages it has incurred. ECF No. 1 at PageID.17. Plaintiff has leave to conduct discovery as to damages. Plaintiff shall file a motion concerning damages by

Wednesday, July 5, 2023.  If Plaintiff fails to file a motion by July 5, 2023, the Court will conclude that Plaintiff has abandoned its request for damages.

IT IS SO ORDERED.

DATED: April 10, 2023, Honolulu, Hawaii.

Helen Gillmor
United States District Judge

Kiva Health Brands LLC v. Goodvitamin Foods Pvt. Ltd., 21-cv-00042 HG-RT, **ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (ECF No. 29), AS MODIFIED**

3