IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KIVA HEALTH BRANDS LLC, a Nevada limited liability company, | ) ) ) ) | Civ. No. 21-00042 HG-RT |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| GOODVITAMIN FOODS PVT. LTD., an Indian corporation; DOES 1-20, INCLUSIVE, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S AMENDED FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND RELATED COSTS (ECF No. 35)**

On May 19, 2023, the Magistrate Judge filed an Amended Findings and Recommendation. (ECF No. 35). The Amended Findings and Recommendation was served on Plaintiffs on May 19, 2023 and on Defendants by mail on May 22, 2023. No objections having been filed by any Party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Amended Findings and Recommendation is adopted as the Opinion and Order of this Court.

IT IS SO ORDERED.

DATED: June 13, 2023, Honolulu, Hawaii.

Helen Gillmor
United States District Judge